**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          :        Case No: 25-10606-JCM
                                                :
Randy M. Brown and                              :        Chapter 13
Tracey L. Brown,                                :
               Debtors,                    :
_____ :        Related to Docket No: 15
Randy M. Brown and                              :
Tracey L. Brown,                                :
               Movants,                    :
                                                :
         vs.                                 :
                                                :
No Respondent,                                  :
                                                :
     and                                         :
                                                :
Ronda J Winnecour, Esquire,                     :
        Chapter 13 Trustee.                 :

**ORDER TO EXTEND DEADLINE REGARDING COMPLETION OF THE FILING OF
CHAPTER 13 PETITION, SCHEDULES, CHAPTER 13 PLAN PAYMENT AND PROOF OF INCOME**

      **AND NOW** on this ____24th____ day of ____November____, 2025, upon consideration of Debtors' Motion to Extend Deadline Regarding Completion of the Filing of Chapter 13 Petition, Schedules, Chapter 13 Plan Payment and Proof of Income, it is hereby **ORDERED, ADJUDGED, AND DECREED** that said Motion is **GRANTED**. Debtors shall have until **December 10, 2025**, [14 days later] to file their Chapter 13 Schedules, Statement of Financial Affairs, Proof of Income, and all other information and forms required.   No further extensions will be granted.

                                        BY THE COURT,

                                        _____jlm_
                                        John C Melaragno, Judge
                                        United States Bankruptcy Court

                                        SIGNED
                                        11/24/25 12:51 pm
                                        CLERK
                                        U.S. BANKRUPTCY
                                        COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                            Case No. 25-10606-JCM

Randy M. Brown                                                                        Chapter 13

Tracey L. Brown

      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1                               User: auto                                        Page 1 of 2

Date Rcvd: Nov 24, 2025                     Form ID: pdf900                            Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2025:**

**Recip ID**       **Recipient Name and Address**
db/jdb        +   Randy M. Brown, Tracey L. Brown, 788 Alcoma Street, Sharon, PA 16146-3402

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2025 at the address(es) listed below:**

**Name**       **Email Address**

Daniel P. Foster

       on behalf of Joint Debtor Tracey L. Brown dan@mrdebtbuster.com
       katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster

       on behalf of Debtor Randy M. Brown dan@mrdebtbuster.com
       katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Matthew Fissel

       on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee

       ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

       cmecf@chapter13trusteewdpa.com

District/off: 0315-1                          User: auto                                    Page 2 of 2

Date Rcvd: Nov 24, 2025                       Form ID: pdf900                               Total Noticed: 1

TOTAL: 5