# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 25-10606-JCM |
| | : | |
| Randy M. Brown and | : | |
| Tracey L. Brown, | : | CHAPTER 13 |
| Debtors | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

**Randy:**

**September 10, 2025 – October 22, 2025**

**Tracey:**

**August 28, 2025 – October 17, 2025**

**Next Payment Advice Expected (post-filing):**

**Randy:**

**November 5, 2025**

**Tracey:**

**October 31, 2025**

C.C.                    **BROWN, RANDY & TRACEY**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|---|---|---|---|---|---|
| C76 | 000080 | 000100 | | 0000350002 | 1 |

## Earnings Statement   ADP

VICTOR PRINTING, INC.
1 VICTOR WAY
SHARON, PA 16146
(724) 342-2106

Period Beginning: 08/10/2025
Period Ending: 08/23/2025
Pay Date: 08/28/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

TRACEY L BROWN
788 ALCOMA ST
SHARON PA 16146

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 61.50 | 861.00 | 12,425.00 |
| Vacation | 14.0000 | 18.50 | 259.00 | 483.00 |
| Overtime | | | | 84.00 |
| Holiday | | | | 224.00 |
| Sick | | | | 112.00 |
| **Gross Pay** | | | **$1,120.00** | 13,328.00 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -55.99 | 658.44 |
| | Social Security Tax | -69.44 | 826.34 |
| | Medicare Tax | -16.24 | 193.26 |
| | PA State Income Tax | -34.38 | 409.13 |
| | Sharon City Income Tax | -25.20 | 299.91 |
| | Sharon City Local Svc Tax | -2.00 | 24.00 |
| | PA SUI Tax | -0.78 | 9.33 |
| **Net Pay** | | **$915.97** | |
| Checking | | -915.97 | 10,907.59 |
| **Net Check** | | **$0.00** | |

Your Sharon City taxable wages this period are $1,120.00

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 61.50 | |

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:  Married
Exemptions/Allowances:
  PA:  0

Your federal taxable wages this period are
$1,120.00
Your PA taxable wages this period are
$1,120.00

© 2000 ADP, Inc.



Advice number: 00000350002
Pay date: 08/28/2025

Deposited to the account of
TRACEY L BROWN

account number  transit ABA  amount
XXXX XXXX   $915.97

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR NO. | 887 |
|---|---|---|---|---|---|
| C76 | 000080 | 000100 | | 0000370002 | 1 |

# Earnings Statement 

VICTOR PRINTING, INC.
1 VICTOR WAY
SHARON, PA 16146
(724) 342-2106

Period Beginning: 08/24/2025
Period Ending: 09/06/2025
Pay Date: 09/11/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

TRACEY L BROWN
788 ALCOMA ST
SHARON PA 16146

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 64.00 | 896.00 | 13,321.00 |
| Holiday | 14.0000 | 8.00 | 112.00 | 336.00 |
| Vacation | 14.0000 | 8.00 | 112.00 | 595.00 |
| Overtime | | | | 84.00 |
| Sick | | | | 112.00 |
| **Gross Pay** | | | **$1,120.00** | 14,448.00 |

Your Sharon City taxable wages this period are $1,120.00

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 64.00 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -55.99 | 714.43 |
| | Social Security Tax | -69.44 | 895.78 |
| | Medicare Tax | -16.24 | 209.50 |
| | PA State Income Tax | -34.38 | 443.51 |
| | Sharon City Income Tax | -25.20 | 325.11 |
| | Sharon City Local Svc Tax | -2.00 | 26.00 |
| | PA SUI Tax | -0.78 | 10.11 |
| **Net Pay** | | **$915.97** | |
| | Checking | -915.97 | 11,823.56 |
| **Net Check** | | **$0.00** | |

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:    Married
Exemptions/Allowances:
  PA:    0

Your federal taxable wages this period are
$1,120.00
Your PA taxable wages this period are
$1,120.00

© 2000 ADP, Inc.



Advice number: 00000370002
Pay date: 09/11/2025

Deposited to the account of
TRACEY L BROWN

| account number | transit ABA | amount |
|---|---|---|
| | XXXX XXXX | $915.97 |

*THIS IS NOT A CHECK*

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR. NO. | 58? |
|---|---|---|---|---|---|
| C76 | 000080 | 000100 | | 0000390002 | 1 |

# Earnings Statement

**ADP**

VICTOR PRINTING, INC.
1 VICTOR WAY
SHARON, PA 16146
(724) 342-2106

Period Beginning: 09/07/2025
Period Ending: 09/20/2025
Pay Date: 09/25/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

TRACEY L BROWN
788 ALCOMA ST
SHARON PA 16146

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 41.50 | 581.00 | 13,902.00 |
| Overtime | | | | 84.00 |
| Holiday | | | | 336.00 |
| Sick | | | | 112.00 |
| Vacation | | | | 595.00 |
| **Gross Pay** | | | **$581.00** | 15,029.00 |

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 41.50 | |

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:    Married
Exemptions/Allowances:
  PA:    0

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -0.41 | 714.84 |
| | Social Security Tax | -36.02 | 931.80 |
| | Medicare Tax | -8.42 | 217.92 |
| | PA State Income Tax | -17.84 | 461.35 |
| | Sharon City Income Tax | -13.07 | 338.18 |
| | Sharon City Local Svc Tax | -2.00 | 28.00 |
| | PA SUI Tax | -0.41 | 10.52 |
| **Net Pay** | | **$502.83** | |
| | Checking | -502.83 | 12,326.39 |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $581.00
Your PA taxable wages this period are $581.00
Your Sharon City taxable wages this period are $581.00



Advice number: 00000390002
Pay date: 09/25/2025

Deposited to the account of
TRACEY L BROWN

account number    transit  ABA       amount
                  XXXX  XXXX         $502.83

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

© 2000 ADP, Inc.

Print    View Pay Stubs    Sign Out

TRACEY L BROWN
788 ALCOMA STREET
SHARON, PA, 16146
US

DOLGENCORP, LLC
100 MISSION RIDGE
GOODLETTSVILLE, TN, 37072
1-877-218-0931

| | |
|---|---|
| Pay Date | 10/17/2025 |
| Advice # | 6215481 |
| Pay Period Start | 10/04/2025 |
| Pay Period End | 10/10/2025 |
| Department | 22589 |
| SSN | |

### Additional Tax Withholding
| | |
|---|---|
| Fed | 25.0 |

### Employment Information
| | |
|---|---|
| Pay Rate | 13.75 |
| Job Code | 9091 |
| Job Shift | 1 |

### Earnings Totals
| | Hours | Current | YTD |
|---|---|---|---|
| Gross Pay | | $281.88 | $281.88 |
| Net Pay | | $219.12 | $219.12 |

### Deduction Totals
| | Current | YTD |
|---|---|---|
| Taxes | $62.76 | $62.76 |
| Other Deductions | $0.00 | $0.00 |

### Earnings Detail
| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| REGULAR | $13.75 | 20.5 | $281.88 | $281.88 |

### Deductions Detail
| | Current | YTD |
|---|---|---|
| FICA EE | $17.48 | $17.48 |
| MEDICARE | $4.09 | $4.09 |
| FED W/H | $25.00 | $25.00 |
| PA W/H | $8.65 | $8.65 |
| PA ADDL | $0.20 | $0.20 |
| SPYMATUN | $1.00 | $1.00 |
| SO PYMAT | $6.34 | $6.34 |

### Other Information
| | |
|---|---|
| Employee ID | 3786157 |
| Basis of Pay: Hourly | Non-exempt |
| Fed Mult Jobs | FALSE |

### Distributions
| | Current |
|---|---|
| CHECKING ******8795 | $219.12 |

### Messages
BENEFITS ANNUAL ENROLLMENT - OCT 27 - NOV 7

Payroll Checking

Check No. **3117**

**Sharon Sanitary Authority**
155 W Connelly Blvd

Check Date: 10-Sep-25
Amount: $1,385.58

Pay: One thousand Three hundred Eighty Five and 58/100------

Pay To: Randy M Brown
788 Alcoma St
Sharon PA 16146

**Not A Check**
**Not Negotiable**

---

**Sharon Sanitary Authority**
000031

Employee Name: Randy M Brown
Pay Period: 8/23/2025 to 9/5/2025
Check Date: 10-Sep-25   Check Number: 3117   Check Amt: $1,385.58

| Description | Rate | Hrs | Income$ | Y-T-D | Description | Deduct$ | Y-T-D | Description | Used | Available |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLIDAY | $29.35 | 8.00 | $234.80 | $2,108.80 | 457b Loan | $174.19 | $3,309.61 | FUNERAL | 0 | 0.000 |
| Personal | $29.35 | 0.00 | $0.00 | $700.00 | 457 Pre | $93.92 | $1,818.47 | Holiday | 64 | 40.000 |
| REGULAR | $29.35 | 64.00 | $1,878.40 | $36,584.81 | FEDERAL TAX | $165.42 | $3,240.89 | Personal Time | 16 | 8.000 |
| SICK LEAVE | $29.35 | 0.00 | $0.00 | $704.40 | FICA | $145.91 | $2,826.59 | Sick Time | 24 | 16.000 |
| Vacation | $29.35 | 8.00 | $234.80 | $4,461.21 | HEALTH INS | $65.00 | $1,235.00 | Vacation Leave | 152 | 8.500 |
| OVERTIME | $44.03 | 0.00 | $0.00 | $902.62 | 430901 Sharon City | $52.95 | $1,025.75 | | | |
| Totals | | | $2,348.00 | $45,461.84 | Local Services Tax | $2.00 | $38.00 | | | |
| | | | | | MEDICARE | $34.12 | $661.03 | **Company Contributions** | | |
| | | | | | Pension | $117.40 | $2,273.08 | Description | Contribution$ | Y-T-D |
| | | | | | STATE | $72.25 | $1,399.63 | 457 M | $70.44 | $1,363.85 |
| | | | | | UNEMPLOYMENT | $1.69 | $32.75 | Employer FICA | $145.91 | $2,826.59 |
| | | | | | UNION DUES | $35.22 | $681.92 | EMPLOYER MED | $34.12 | $661.03 |
| | | | | | WAGE ATTACH LOC | $2.35 | $127.35 | EMPLOYER SUTA | $0.00 | $141.90 |
| | | | | | Totals | $962.42 | $18,670.07 | Totals | $250.47 | $4,993.37 |

---

**Sharon Sanitary Authority**
000-03-1

Randy M Brown   8/23/2025 to 9/5/2025   10-Sep-25   3117   $1,385.58

| Description | Rate | Hrs | Income$ | Y-T-D | Description | Deduct$ | Y-T-D | Description | Used | Available |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLIDAY | $29.35 | 8.00 | $234.80 | $2,108.80 | 457b Loan | $174.19 | $3,309.61 | FUNERAL | 0 | 0.000 |
| Personal | $29.35 | 0.00 | $0.00 | $700.00 | 457 Pre | $93.92 | $1,818.47 | Holiday | 64 | 40.000 |
| REGULAR | $29.35 | 64.00 | $1,878.40 | $36,584.81 | FEDERAL TAX | $165.42 | $3,240.89 | Personal Time | 16 | 8.000 |
| SICK LEAVE | $29.35 | 0.00 | $0.00 | $704.40 | FICA | $145.91 | $2,826.59 | Sick Time | 24 | 16.000 |
| Vacation | $29.35 | 8.00 | $234.80 | $4,461.21 | HEALTH INS | $65.00 | $1,235.00 | Vacation Leave | 152 | 8.500 |
| OVERTIME | $44.03 | 0.00 | $0.00 | $902.62 | 430901 Sharon City | $52.95 | $1,025.75 | | | |
| Totals | | | $2,348.00 | $45,461.84 | Local Services Tax | $2.00 | $38.00 | | | |
| | | | | | MEDICARE | $34.12 | $661.03 | **Company Contributions** | | |
| | | | | | Pension | $117.40 | $2,273.08 | Description | Contribution$ | Y-T-D |
| | | | | | STATE | $72.25 | $1,399.63 | 457 M | $70.44 | $1,363.85 |
| | | | | | UNEMPLOYMENT | $1.69 | $32.75 | Employer FICA | $145.91 | $2,826.59 |
| | | | | | UNION DUES | $35.22 | $681.92 | EMPLOYER MED | $34.12 | $661.03 |
| | | | | | WAGE ATTACH LOC | $2.35 | $127.35 | EMPLOYER SUTA | $0.00 | $141.90 |
| | | | | | Totals | $962.42 | $18,670.07 | Totals | $250.47 | $4,993.37 |

Payroll Checking

Check No. **3134**

**Sharon Sanitary Authority**
155 W Connelly Blvd

Check Date: 24-Sep-25
Amount: $1,387.93

Pay    One thousand Three hundred Eighty Seven and 93/100---

Pay To    Randy M Brown
788 Alcoma St
Sharon PA 16146

**Not A Check
Not Negotiable**

| Sharon Sanitary Authority 000031 | | | Employee Name Randy M Brown | | Pay Period 9/6/2025 to 9/19/2025 | | Check Date 24-Sep-25 | Check Numbe 3134 | Check Amt $1,387.93 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs | Income$ | Y-T-D | Description | Deduct$ | Y-T-D | Description | Used | Available |
| HOLIDAY | $29.35 | 0.00 | $0.00 | $2,108.80 | 457b Loan | $174.19 | $3,483.80 | FUNERAL | 0 | 0.000 |
| Personal | $29.35 | 0.00 | $0.00 | $700.00 | 457 Pre | $93.92 | $1,912.39 | Holiday | 64 | 40.000 |
| REGULAR | $29.35 | 80.00 | $2,348.00 | $38,932.81 | FEDERAL TAX | $165.42 | $3,406.31 | Personal Time | 16 | 8.000 |
| SICK LEAVE | $29.35 | 0.00 | $0.00 | $704.40 | FICA | $145.91 | $2,972.50 | Sick Time | 24 | 16.000 |
| Vacation | $29.35 | 0.00 | $0.00 | $4,461.21 | HEALTH INS | $65.00 | $1,300.00 | Vacation Leave | 152 | 8.500 |
| OVERTIME | $44.03 | 0.00 | $0.00 | $902.62 | 430901 Sharon City | $52.95 | $1,078.70 | | | |
| Totals | | | $2,348.00 | $47,809.84 | Local Services Tax | $2.00 | $40.00 | | | |
| | | | | | MEDICARE | $34.12 | $695.15 | **Company Contributions** | | |
| | | | | | Pension | $117.40 | $2,390.48 | Description | Contribution$ | Y-T-D |
| | | | | | STATE | $72.25 | $1,471.88 | 457 M | $70.44 | $1,434.29 |
| | | | | | UNEMPLOYMENT | $1.69 | $34.44 | Employer FICA | $145.91 | $2,972.50 |
| | | | | | UNION DUES | $35.22 | $717.14 | EMPLOYER MED | $34.12 | $695.15 |
| | | | | | WAGE ATTACH LOC | $0.00 | $127.35 | EMPLOYER SUTA | $0.00 | $141.90 |
| | | | | | Totals | $960.07 | $19,630.14 | Totals | $250.47 | $5,243.84 |

| Sharon Sanitary Authority 000-03-1 | | | Randy M Brown | | 9/6/2025 to 9/19/2025 | | 24-Sep-25 | 3134 | $1,387.93 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs | Income$ | Y-T-D | Description | Deduct$ | Y-T-D | Description | Used | Available |
| HOLIDAY | $29.35 | 0.00 | $0.00 | $2,108.80 | 457b Loan | $174.19 | $3,483.80 | FUNERAL | 0 | 0.000 |
| Personal | $29.35 | 0.00 | $0.00 | $700.00 | 457 Pre | $93.92 | $1,912.39 | Holiday | 64 | 40.000 |
| REGULAR | $29.35 | 80.00 | $2,348.00 | $38,932.81 | FEDERAL TAX | $165.42 | $3,406.31 | Personal Time | 16 | 8.000 |
| SICK LEAVE | $29.35 | 0.00 | $0.00 | $704.40 | FICA | $145.91 | $2,972.50 | Sick Time | 24 | 16.000 |
| Vacation | $29.35 | 0.00 | $0.00 | $4,461.21 | HEALTH INS | $65.00 | $1,300.00 | Vacation Leave | 152 | 8.500 |
| OVERTIME | $44.03 | 0.00 | $0.00 | $902.62 | 430901 Sharon City | $52.95 | $1,078.70 | | | |
| Totals | | | $2,348.00 | $47,809.84 | Local Services Tax | $2.00 | $40.00 | | | |
| | | | | | MEDICARE | $34.12 | $695.15 | **Company Contributions** | | |
| | | | | | Pension | $117.40 | $2,390.48 | Description | Contribution$ | Y-T-D |
| | | | | | STATE | $72.25 | $1,471.88 | 457 M | $70.44 | $1,434.29 |
| | | | | | UNEMPLOYMENT | $1.69 | $34.44 | Employer FICA | $145.91 | $2,972.50 |
| | | | | | UNION DUES | $35.22 | $717.14 | EMPLOYER MED | $34.12 | $695.15 |
| | | | | | WAGE ATTACH LOC | $0.00 | $127.35 | EMPLOYER SUTA | $0.00 | $141.90 |
| | | | | | Totals | $960.07 | $19,630.14 | Totals | $250.47 | $5,243.84 |

Payroll Checking

**Sharon Sanitary Authority**
155 W Connelly Blvd

Check No. **3151**

Check Date: **08-Oct-25**
Amount: **$1,473.18**

Pay     One thousand Four hundred Seventy Three and 18/100---

Pay To   Randy M Brown
788 Alcoma St
Sharon PA 16146

**Not A Check**
**Not Negotiable**

**Sharon Sanitary Authority**
000031

Employee Name: Randy M Brown
Pay Period: 9/20/2025 to 10/3/2025
Check Date: 08-Oct-25    Check Number: 3151    Check Amt: $1,473.18

| Description | Rate | Hrs | Income$ | Y-T-D |
|---|---|---|---|---|
| HOLIDAY | $29.35 | 0.00 | $0.00 | $2,108.80 |
| Personal | $29.35 | 0.00 | $0.00 | $700.00 |
| REGULAR | $29.35 | 72.00 | $2,113.20 | $41,046.01 |
| SICK LEAVE | $29.35 | 0.00 | $0.00 | $704.40 |
| Vacation | $29.35 | 8.00 | $234.80 | $4,696.01 |
| OVERTIME | $44.03 | 3.00 | $132.09 | $1,034.71 |
| Totals | | | $2,480.09 | $50,289.93 |

| Description | Deduct$ | Y-T-D |
|---|---|---|
| 457b Loan | $174.19 | $3,657.99 |
| 457 Pre | $99.20 | $2,011.59 |
| FEDERAL TAX | $180.64 | $3,586.95 |
| FICA | $154.35 | $3,126.85 |
| HEALTH INS | $65.00 | $1,365.00 |
| 430901 Sharon City | $56.01 | $1,134.71 |
| Local Services Tax | $2.00 | $42.00 |
| MEDICARE | $36.10 | $731.25 |
| Pension | $124.00 | $2,514.48 |
| STATE | $76.43 | $1,548.31 |
| UNEMPLOYMENT | $1.79 | $36.23 |
| UNION DUES | $37.20 | $754.34 |
| WAGE ATTACH LOC | $0.00 | $127.35 |
| Totals | $1,006.91 | $20,637.05 |

| Description | Used | Available |
|---|---|---|
| FUNERAL | 0 | 0.000 |
| Holiday | 64 | 40.000 |
| Personal Time | 16 | 8.000 |
| Sick Time | 24 | 16.000 |
| Vacation Leave | 160 | 0.500 |

**Company Contributions**

| Description | Contribution$ | Y-T-D |
|---|---|---|
| 457 M | $74.40 | $1,508.69 |
| Employer FICA | $154.35 | $3,126.85 |
| EMPLOYER MED | $36.10 | $731.25 |
| EMPLOYER SUTA | $0.00 | $141.90 |
| Totals | $264.85 | $5,508.69 |

Payroll Checking

**Sharon Sanitary Authority**
155 W Connelly Blvd

Check No.
**3168**

Check Date
**22-Oct-25**

Amount
**$1,387.93**

Pay    One thousand Three hundred Eighty Seven and 93/100---

Pay To    **Randy M Brown**
788 Alcoma St
Sharon PA 16146

**Not A Check**
**Not Negotiable**

---

**Sharon Sanitary Authority**
000031

| Employee Name | | | | Pay Period | | Check Date | Check Numbe | Check Amt |
|---|---|---|---|---|---|---|---|---|
| Randy M Brown | | | | 10/4/2025 to 10/17/2025 | | 22-Oct-25 | 3168 | $1,387.93 |

| Description | Rate | Hrs | Income$ | Y-T-D | Description | Deduct$ | Y-T-D | Description | Used | Available |
|---|---|---|---|---|---|---|---|---|---|---|
| HOLIDAY | $29.35 | 0.00 | $0.00 | $2,108.80 | 457b Loan | $174.19 | $3,832.18 | FUNERAL | 0 | 0.000 |
| Personal | $29.35 | 0.00 | $0.00 | $700.00 | 457 Pre | $93.92 | $2,105.51 | Holiday | 64 | 40.000 |
| REGULAR | $29.35 | 80.00 | $2,348.00 | $43,394.01 | FEDERAL TAX | $165.42 | $3,752.37 | Personal Time | 16 | 8.000 |
| SICK LEAVE | $29.35 | 0.00 | $0.00 | $704.40 | FICA | $145.91 | $3,272.76 | Sick Time | 24 | 16.000 |
| Vacation | $29.35 | 0.00 | $0.00 | $4,696.01 | HEALTH INS | $65.00 | $1,430.00 | Vacation Leave | 160 | 0.500 |
| OVERTIME | $44.03 | 0.00 | $0.00 | $1,034.71 | 430901 Sharon City | $52.95 | $1,187.66 | | | |
| Totals | | | $2,348.00 | $52,637.93 | Local Services Tax | $2.00 | $44.00 | | | |
| | | | | | MEDICARE | $34.12 | $765.37 | **Company Contributions** | | |
| | | | | | Pension | $117.40 | $2,631.88 | Description | Contribution$ | Y-T-D |
| | | | | | STATE | $72.25 | $1,620.56 | 457 M | $70.44 | $1,579.13 |
| | | | | | UNEMPLOYMENT | $1.69 | $37.92 | Employer FICA | $145.91 | $3,272.76 |
| | | | | | UNION DUES | $35.22 | $789.56 | EMPLOYER MED | $34.12 | $765.37 |
| | | | | | WAGE ATTACH LOC | $0.00 | $127.35 | EMPLOYER SUTA | $0.00 | $141.90 |
| | | | | | Totals | $960.07 | $21,597.12 | Totals | $250.47 | $5,759.16 |